

# THE THIRTEENTH COURT OF APPEALS

13-15-00344-CV

Marco A. Delgado, et al.
v.
Juan Lino Garza Sr., et al.

On appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. C-2647-05-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED and RENDERED IN PART. Costs of the appeal are adjudged 80% percent against appellants and 20% percent against appellees.

We further order this decision certified below for observance.

November 27, 2018